Jeanette Herzig Joseph, as Executrix, etc., of Philip Herzig, Deceased, Respondent, v. Simon Herzig, Individually and as Executor, etc., of Philip Herzig, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Adrian H. Muller, Respondent, v. Aristocratic Publishing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Arthur H. Lamson, Appellant, v. Amelia N. Dunlap, Individually and as Executrix, etc., of Robert Dunlap, Deceased, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Paul R. G. Horst, Respondent, v. Delaware, Lackawanna and Western Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

George V. Lyons, Appellant, v. Harry S. Lyons, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Gertrude L. Moore, Respondent, v. Henry G. Moore, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Smith & Mabley, Inc., Respondent, v. The Mercedes Import Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Carmana Belluci, as Administratrix, etc., of Cosmo Belluci, Deceased, Respondent, v. Edward M. Taylor, as Executor, etc., of Moses B. Taylor, Deceased, Appellant, Impleaded with Frank Williams and James B. Taylor, as Executors, etc., of Moses B. Taylor, Deceased, and Emma A. Williams.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Poland Spring Company, Appellant, v. Century Holding Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Will A. Stevens, Appellant, v. George S. Kaighn and James G. MacFadyean, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Estate of Michelina Papesca, Deceased. Nicholas Lopard, as Executor, etc., of Michelina Papesca, Deceased, Appellant; George Lopard, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.